UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALEXANDRA MATALAVAGE,
                Plaintiff,

vs.

                                    20-CV-1254-WMS-LGF

                                    NOTICE OF MOTION TO COMPEL

SHERIFF OF THE COUNTY OF NIAGARA,
ET AL.,
                Defendant.
_____

To:    Michael E. Hickey, Esq., and Riane F. Lafferty Esq.,
       Attorneys for the Defendants
       Bond, Schoeneck & King, PLLC
       200 Delaware Avenue, Suite 900
       Buffalo, NY 14202-2292\

       PLEASE TAKE NOTICE, hereby given, that upon the Affirmation of Anna Marie Richmond, filed herewith, together with the exhibits attached thereto, and the Memorandum of Law also filed herewith, Plaintiff will move this Court, at a date and time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 37(a), compelling Defendants to produce the Documents and Interrogatory Responses described in the attached motion papers.

       PLEASE TAKE FURTHER NOTICE that Plaintiff intends to serve reply papers.

Dated: Buffalo, New York
August 12, 2022

By: Anna Marie Richmond                 By:  Elizabeth Tommaney
Anna Marie Richmond, Esq.             Elizabeth Tommaney, Esq.
Law Office of Anna Marie Richmond, Esq.   Tommaney Law PLLC
2500 Rand Building                          2500 Rand Building
14 Lafayette Square                         14 Lafayette Square
Buffalo, NY 14203                            Buffalo, NY 14203
annamarierichmondesq@gmail.com        Liza@TommaneyLegal.com