**Anna M. Richmond**

| | |
|---|---|
| **From:** | Lafferty, Riane <rlafferty@bsk.com> |
| **Sent:** | Friday, May 27, 2022 5:52 PM |
| **To:** | Anna Richmond |
| **Cc:** | Liza Tommaney; Hickey, Michael |
| **Subject:** | RE: Matalavage and NCSD et al |

The informal agreement is fine. Thanks. Have a nice weekend.

**Riane Lafferty**
716.416.7030 Direct
716.949.7782 Cell

**From:** Anna Richmond <annamarierichmondesq@gmail.com>
**Sent:** Friday, May 27, 2022 2:59 PM
**To:** Lafferty, Riane <rlafferty@bsk.com>
**Cc:** Liza Tommaney <liza@tommaneylegal.com>; Hickey, Michael <mhickey@bsk.com>
**Subject:** Re: Matalavage and NCSD et al

**External Email:** Use caution before clicking links or opening attachments.

Thank you, Riane.

Are you folks comfortable with this informal agreement between counsel regrading the extension to the expert deadlines, or would you prefer us to memorialize it in a request to the Judge?

We look forward to receiving Defendants' supplemental responses next week.

Have a pleasant holiday.

AMR

Anna Marie Richmond, Esq.
2500 Rand Building
14 Lafayette Square
Buffalo, NY  14203-1925

Voice:  716-854-1100
Fax:  716-856-6499

**CONFIDENTIAL COMMUNICATION:**  This message is being sent by or on behalf of a lawyer.  It is intended for the exclusive use of its designated recipient(s) and may contain information that is privileged or confidential, or otherwise legally exempt from disclosure.  **IF YOU ARE NOT THE INTENDED RECIPIENT** or an agent responsible for delivering this message to the intended recipient, **PLEASE DO NOT READ, PRINT, RETAIN, COPY OR DISTRIBUTE THIS MESSAGE, OR ANY PART OF IT, OR ANY ATTACHMENTS TO IT.  If you have received this message in error, please notify us immediately.**

Thank you.

On Fri, May 27, 2022 at 11:12 AM Lafferty, Riane <rlafferty@bsk.com> wrote:

Liza,

That is fine with us.

Regarding our response to your January 28, 2022 letter, we have received most of the additional documentation but are still waiting on a few additional items. Also, our office closes at 3 p.m. today and I will not be able to finish reviewing and bates numbering the documents that we do have. We will have our response to you next week.

Best regards,

Riane

**Riane Lafferty**

716.416.7030 Direct

716.949.7782 Cell

---

**From:** Liza Tommaney <liza@tommaneylegal.com>
**Sent:** Friday, May 27, 2022 11:05 AM
**To:** Lafferty, Riane <rlafferty@bsk.com>; Hickey, Michael <mhickey@bsk.com>
**Cc:** Anna M. Richmond, Esq. <annamarierichmondesq@gmail.com>
**Subject:** Matalavage and NCSD et al

| **External Email:** Use caution before clicking links or opening attachments. |
|---|

Good Morning,

We were informed last night that our expert witness was diagnosed with Covid-19 yesterday. In light of his diagnosis we are requesting an extension of time for his report. The report is currently due June 1, 2022; we propose an extension until June 15, 2022. We propose extending out all of the dates in paragraph 3 of the Second Amended Scheduling Order by two weeks. The balance of the dates on the order would remain in place.

Please advise if you agree to the two week extension of the dates in paragraph 3.

Thank-you. Liza

**Elizabeth Tommaney, Esq.**
**Tommaney Law PLLC**
**2500 Rand Building**
**14 Lafayette Square**
**Buffalo, NY 14203**
**716.242.1550**
**Liza@Tommaneylegal.com**

**CONFIDENTIALITY NOTICE:** This message is intended for the individual
or entity to which it is addressed and may contain confidential and/or
proprietary information. If you are not the intended recipient, you
are hereby notified that any disclosure, use copying, distribution,
or the taking of any action in reliance on the contents of this
information is strictly prohibited. If you received this transmission
in error, please notify the sender immediately by e-mail and delete
the message. Thank you.