UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALEXANDRA MATALAVAGE,
                Plaintiff,

                                        20-CV-1254-WMS-LGF

vs.

                                        NOTICE OF MOTION TO
                                        MODIFY CASE
                                        MANAGEMENT ORDER

SHERIFF OF THE COUNTY OF NIAGARA,
ET AL.,
                Defendant.
_____

      PLEASE TAKE NOTICE, hereby given, that upon the Affirmation of Anna Marie Richmond, filed herewith, Plaintiff will move this Court, at a date and time to be set by the Court, for an Amendment to the most recent Case Management Order, Item No. 35, extending the deadlines set forth in ¶¶ 2, 4, 5, and 6 of the Order as follows:

      All fact discovery shall conclude on October 31, 2022;

      All motions to compel fact discovery shall be filed on or before September 27, 2022;

      Dispositive motions, if any shall be filed no later than January 13, 2023;

      Mediation sessions may continue until December 13, 2022;

      Final pre-trial conference in the absence of dispositive motions to be scheduled at the Court 's discretion.

      Please note that all extensions, except for the extension of the deadline for motions to compel fact discovery, are requested with the consent of Defendants' counsel, as is set forth in detail in the Attorney's affirmation filed herewith.

By:__Anna Marie Richmond__                               By:__Elizabeth Tommaney___
Anna Marie Richmond, Esq.                                 Elizabeth Tommaney, Esq.

Law Office of Anna Marie Richmond, Esq.  
2500 Rand Building  
14 Lafayette Square  
Buffalo, NY 14203  
annamarierichmondesq@gmail.com

Tommaney Law PLLC  
2500 Rand Building  
14 Lafayette Square  
Buffalo, NY 14203  
Liza@TommaneyLegal.com

Dated: Buffalo, New York  
August 23, 2022

To: Michael E. Hickey, Esq., and Riane F. Lafferty Esq.,  
Attorneys for the Defendants  
Bond, Schoeneck & King, PLLC  
200 Delaware Avenue, Suite 900  
Buffalo, NY 14202-2292\