UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALEXANDRA MATALAVAGE,
                Plaintiff,

vs.                                      20-CV-1254-WMS-LGF

                                                NOTICE OF SUPPLEMENTAL
                                                MOTION TO COMPEL

SHERIFF OF THE COUNTY OF NIAGARA,
ET AL.,
                Defendant.
_____

To:    Michael E. Hickey, Esq. and Riane F. Lafferty, Esq.,
        Attorneys for the Defendants
        Bond, Schoeneck & King, PLLC
        200 Delaware Avenue, Suite 900
        Buffalo, NY 14202-2292

        PLEASE TAKE NOTICE, hereby given, that upon the Affirmation of Elizabeth Tommaney, Esq., filed herewith, together with the exhibits attached thereto, and Plaintiff's Memo of Law in Support of Plaintiff's 2d Motion to Compel (Item 44-9), and Plaintiff's Reply in Support of her Second Motion to Compel (Item 49), Plaintiff will move this Court, at a date and time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 37(a), compelling Defendants to produce the Documents described in the attached motion papers.

        PLEASE TAKE FURTHER NOTICE, THAT Plaintiff intends to serve reply papers.

    Dated: Buffalo, New York
           November 15, 2022


By: /s/ Anna Marie Richmond                      By: /s/ Elizabeth Tommaney
Anna Marie Richmond, Esq.                         Elizabeth Tommaney, Esq.
Law Office of Anna Marie Richmond, Esq.      Tommaney Law PLLC
2500 Rand Building                                        2500 Rand Building
14 Lafayette Square                                       14 Lafayette Square

Buffalo, NY 14203  
annamarierichmondesq@gmail.com

Buffalo, NY 14203  
Liza@TommaneyLegal.com

Dated: Buffalo, New York  
November 15, 2022

To: Michael E. Hickey, Esq., and Riane F. Lafferty Esq.,  
      Attorneys for the Defendants  
      Bond, Schoeneck & King, PLLC  
      200 Delaware Avenue, Suite 900  
      Buffalo, NY 14202-2292\