

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | **bsk.com**

**RIANE F. LAFFERTY, ESQ., ESQ.**
rlafferty@bsk.com
P: 716.416.7030
F: 716.416.7330

March 9, 2023

**VIA ELECTRONIC FILING**

Hon. Leslie G. Foschio
United States Magistrate Judge
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY  14202-3350

**Re:**   *Matalavage v. County of Niagara, et al.*
          *Civil Action No. 20-cv-01254*

Dear Magistrate Judge Foschio:

In connection with your Decision and Order of February 16, 2023 [CM/ECF Doc. No. 63] in the above-captioned matter, the parties have entered into an agreement to resolve the issues regarding payment of the expenses incurred in bringing Plaintiff's First and Second motions to compel and in opposing Plaintiff's Third motion to compel. As such, we ask that all proceedings regarding such expenses be discontinued.

Thank you.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Riane F. Lafferty, Esq.

/rmh

cc    Anna Marie Richmond, Esq. (via CM/ECF)
      Elizabeth Tommaney, Esq. (via CM/ECF)